UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-14143-CIV-XXXX

KARL GARY BRACHLOW,

Plaintiff,

v.

THE VETERANS ADMINISTRATION HOSPITAL OF WEST PALM BEACH,

Defendant.
_______________________________________/

**NOTICE OF REMOVAL OF CIVIL ACTION, AS IT PERTAINS TO NAMED FEDERAL DEFENDANT "THE VETERANS ADMINISTRATION HOSPITAL OF WEST PALM BEACH"**

To the Honorable Judges of the United States District Court for the Southern District of Florida:

PLEASE TAKE NOTICE:

1. On April 7, 2017, the United States Department of Veterans Affairs was served with a summons and amended complaint regarding the instant case, which was reportedly filed in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, under the caption: Karl Gary Brachlow v. Susan D. Korman, A.R.N.P., Julia K. Shipman, D.O., Vicki Erickson, Clinical Coordinator, **The Veterans Administration Hospital of West Palm Beach,**

Medmark Services, Inc..[1]

2. This Notice of Removal of Civil Action pertains only to the named federal defendant: "The Veterans Administration Hospital of West Palm Beach".

3. A copy of the Summons which was served upon the United States Department of Veterans Affairs is attached hereto as Exhibit "A". A copy of the Amended Complaint which was served with the summons is attached hereto as Exhibit "B".

4. The Complaint names as a defendant "The Veterans Administration Hospital of West Palm Beach", which the undersigned attorney understands to mean the West Palm Beach VA Medical Center, 7305 N. Military Trail, Riviera Beach, Florida, an agency of the United States of America.

5. The complaint alleges that the named defendants engaged in actions which constituted libel.

6. The Plaintiff in this action seeks relief in the form of monetary damages.

7. Although the Plaintiff has failed to allege specific grounds by which this matter might be pursued against the named federal defendant, Plaintiff does suggest that he is proceeding on a tort theory. The United States District Court has exclusive jurisdiction over the general subject matter involved in this case, ie. a tort suit filed against the United States of America or agency thereof, pursuant to the Federal Tort Claims Act (FTCA). See 28 U.S.C. §§ 1346(b)(1) and

[1] The undersigned attorney is not aware of any information which would suggest that either the United States Attorney for the Southern District of Florida or the Attorney General of the United States have been served in relation to the complaint naming a federal agency defendant, pursuant to Fed.R.Civ.P. 4(i) (1) and (2).

2679(b)(1). Therefore, the state court in which this case was originally filed would not have jurisdiction to consider this action against the federal government defendant.

8. This court has jurisdiction to determine this removal matter naming as a defendant the United States of America and/or an officer or agency thereof, pursuant to Title 28, United States Code, sections 1441(a), 1442(a)(1) and 1346(b)(1).

9. The Court should note that the complaint does not allege that the Plaintiff has exhausted his administrative remedies under the FTCA, and the undersigned attorney has not been presented with any evidence suggesting that the Plaintiff has exhausted such remedies. See 28 U.S.C. §§ 2401(b) and 2675(a). Because the Plaintiff has the burden of establishing a court's subject matter jurisdiction to proceed with an action, it appears as a preliminary matter that Plaintiff's complaint against the federal defendant is immediately subject to dismissal pursuant to Fed.R.Civ.P. 12(b)(1). McNeil v. United States, 508 U.S. 106, 109-113, 113 S.Ct. 1982-1984 (1993); Suarez v. United States, 22 F.3d 1064, 1065 (11th Cir. 1994).[2]

10. Pursuant to Title 28, United States Code, sections 1441(a), 1442(a)(1), and 1446, this civil action, as it pertains to the federal defendant identified as "The Veterans Administration Hospital of West Palm Beach", which was brought in state court against the United States and/or an agency thereof, must be removed to the United States District Court.

11. Immediately after filing a copy of the notice of removal with the state court, "which

---

[2] Assuming that further investigation confirms that such action is warranted, the United States will expect to file the appropriate motion pursuant to Federal Rule of Civil Procedure 12(b) within the time normally allotted for a response to a complaint. See Fed.R.Civ.P. 12(a)(2).

shall effect the removal" pursuant to 28 U.S.C. § 1446(d), the federal defendant will request the clerk of the state court to send to this Court all pertinent records and proceedings on file in the state court.

12. Because the Plaintiff has named as a defendant a federal agency, this Defendant has sixty (60) days *from the completion of service* to file an answer or other appropriate response to the complaint. See Fed.R.Civ.P. 12(a)(2).

WHEREFORE, this action is removed to the U.S. District Court. See 28 U.S.C. § 1446(d).

Dated: April 26, 2017 Respectfully submitted

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: s/ David I. Mellinger
DAVID I. MELLINGER
FL Bar #: 0821365
E-mail: David.Mellinger@usdoj
Assistant United States Attorney
U.S. Attorney's Office
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394
Tel: (954) 660-5722
Fax: (954) 356-7180
Attorney for the federal defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of April, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on the opposing party of record on the following Service List in the manner specified.

s/ David I. Mellinger
DAVID I. MELLINGER
Assistant United States Attorney

**SERVICE LIST**
Karl Gary Brachlow v. The Veterans Administration Hospital, et al.
Case No.:
United States District Court, Southern District of Florida

Karl Gary Brachlow, pro se
2844 Stoneway Lane, Apt. D
Ft. Pierce, FL 34982
*Plaintiff*

**via U.S. Mail;**

David I. Mellinger
Assistant United States Attorney
E-mail: David.Mellinger@usdoj.gov
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5722
Fax: (954) 356-7180
*Attorney for Defendant*

**via Notices of Electronic Filing generated by CM/ECF**